1  P. Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  415-450-0100 (tel.)
5
   Attorneys for Plaintiff
6
7              **UNITED STATES DISTRICT COURT**
8              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:25-cv-00202-JAH |
| Plaintiff, | **STATEMENT OF DEATH OF PLAINTIFF** |
| vs. | |
| RADHIKA-SHYAM INCORPORATED, | |
| Defendant. | |

Please take notice that Plaintiff Theresa Brooke has passed away. *See* Exhibit 1 (Decl. of Counsel). Upon the appointment of a personal representative of her Estate, it is anticipated that a Motion to substitute the representative as Plaintiff will be filed pursuant to Rule 25(a).

RESPECTFULLY SUBMITTED 23d day of October, 2025.

*/s/ P. Kristofer Strojnik*
_____
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff